# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **GLENN WAYNE KELLY** | ) | |
| | ) | |
| **v.** | ) | 3-05-CV-1015-K |
| | ) | |
| **DOUGLAS DRETKE, Director,** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutions Division** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this  3rd   day of  January  , 2006.


     s/Ed Kinkeade
     ED KINKEADE
     UNITED STATES DISTRICT JUDGE